DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WESTON ARMS US INC.** and **ALFRED FELICIANO,**
Appellants,

v.

**SHEAR AND ZACCO PROPERTIES, LLP,**
**SAMJAZ DAVIE 25, LLC,** and **MARIO T & KARON ZACCO,**
Appellees.

No. 4D22-1326

[October 27, 2022]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Florence Barner, Judge; L.T. Case Nos. COCE21-031412 and CACE22-006699.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellants.

Karen E. Berger of International Law Partners, LLP, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***